UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTER BEST MITCHELL,
Individually and as Next Best Friend of
Cleveland McKinney, Jr.

      Plaintiff,

v.

BANNUM PLACE OF
WASHINGTON, D.C., INC., et al.

      Defendants.

Case No.: 1:07-CV-01870
Judge: Rosemary M. Collyer

## MOTION TO DISMISS OR FOR SUMMARY JUDGMENT
## BY DEFENDANT JOHN RICH

Defendant, John Rich, by and through counsel, CARR MALONEY P.C., and pursuant to Federal Rules of Civil Procedure 12 and 56, hereby files this Motion to Dismiss or for Summary Judgment. Defendant John Rich adopts the arguments set forth in the Motion to Dismiss or for Summary Judgment by Defendant Bannum Place of Washington, D.C. Inc., filed in this Court on December 5, 2007. For reasons stated therein, Plaintiff's Complaint should be dismissed as to Defendant John Rich.

In addition to the arguments presented in the above-referenced Motion to Dismiss by Bannum Place of Washington, D.C., Inc., Defendant John Rich would also refer this Court to the Memorandum Opinion issued by Judge Collyer in Case Number 1:06-cv-491. That Opinion states that there was no evidence to suggest that Defendant John Rich was the alter ego of Bannum, Inc.[1] Consequently, because Bannum Place of Washington, D.C., Inc., is in privity with Bannum, Inc., Plaintiff cannot prove any set of facts that would tend to establish that

---

[1] The Opinion by Judge Collyer makes the same finding with respect to Arnold Rich and David Lowry, persons named in Plaintiff's new complaint. At the time of the filing of this Motion to Dismiss or for Summary Judgment, neither Arnold Rich nor David Lowry has been served with Plaintiff's new complaint. If, and when, Arnold Rich or David Lowry is served with Plaintiff's new complaint, they will also file responsive pleadings with this Court.

Defendant John Rich is the alter ego of Bannum Place of Washington, D.C., Inc. Therefore, as to Defendant John Rich, Plaintiff's new complaint fails on the merits, as well as on the application of *res judicata*.

WHEREFORE, for the reasons set forth in the Motion to Dismiss or for Summary Judgment by Defendant Bannum Place of Washington, D.C. Inc., filed in this Court on December 5, 2007, and incorporated herein by reference, as well as for the reasons stated in this present Motion to Dismiss or for Summary Judgment, Defendant John Rich respectfully requests that the Court dismiss Plaintiff's Complaint.

                Respectfully submitted,

                CARR MALONEY P.C.

By:

    /s/ Kevin M. Murphy
    Kevin M. Murphy, D.C. Bar #388476
    Ali A. Beydoun, D.C. Bar #475413
    1615 L Street, N.W.
    Suite 500
    Washington, D.C. 20036
    (202) 310-5500 (Telephone)
    (202) 310-5555 (Facsimile)

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing was served and filed electronically, on this 8th day of January, 2008, to:

Gregory L. Lattimer, Esquire
1100 H Street, N.W.
Suite 920
Washington, D.C.  20005

Donald M. Temple, Esquire
1229 15th Street, N.W.
Washington, D.C.  20005

                                        /s/ Kevin M. Murphy
                                        Kevin M. Murphy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ESTER BEST MITCHELL,  :
Individually and as Next Best Friend of  :
Cleveland McKinney, Jr.  :
                                         :
      Plaintiff,  :
                                         :
v.  :  Case No.: 1:07 –CV-01870
    :  Judge: Rosemary M. Collyer
BANNUM PLACE OF  :
WASHINGTON, D.C., INC. et al.  :
    :
      Defendants.  :

**ORDER**

UPON CONSIDERATION of the Motion to Dismiss or for Summary Judgment by Defendant John Rich, and any Opposition thereto, it is this _____ day of _____, 2008, hereby

ORDERED, that Defendant's Motion to Dismiss is GRANTED, and all claims of Plaintiff are hereby Dismissed with Prejudice.

_____
The Honorable Rosemary M. Collyer

Copies to:

Kevin M. Murphy, Esquire
Ali A. Beydoun, Esquire
Carr Maloney P.C.
1516 L Street, N.W., Suite 500
Washington, D.C.  20036

Gregory L. Lattimer, Esquire
1100 H Street, N.W.
 Suite 920
Washington, D.C.  20005

Donald M. Temple, Esquire
1229 15th Street, N.W.
Washington, D.C.  20005