UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ESTER BEST MITCHELL, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-1870 (RMC) |
| BANNUM PLACE OF WASHINGTON, D.C., INC., | ) ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the motion to dismiss or for summary judgment filed by Bannum Place of Washington, D.C., Inc. [Dkt. #3] is **GRANTED**; and it is

**FURTHER ORDERED** that the motion to dismiss or for summary judgment filed by John Rich [Dkt. #5] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: January 31, 2008        _____/s/_____
                              ROSEMARY M. COLLYER
                              United States District Judge